Jack P. Burden, Esq.
Nevada State Bar No. 6918
Lisa Szyc, Esq.
Nevada State Bar No. 11726
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel.:   (702) 872-5555
Fax:   (702) 872-5545
Jackburden@backuslaw.com
lisaszyc@backuslaw.com
*Attorneys for Defendant
Valvoline, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN WEIGEL, an individual,<br><br>             Plaintiff,<br>     vs.<br><br>VALVOLINE, INC., a foreign corporation, DOES I, individually; DOES II-X; ROE CORPORATIONS I-X, inclusive,<br><br>             Defendants. | 2:24-cv-01473-RFB-DJA<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff ALVIN WEIGEL, by and through his counsel of record Seth R. Little, Esq. of HICKS & BRASIER, PLLC, and Defendant VALVOLINE, INC, by and through its counsel Jack P. Burden, Esq. and Lisa Szyc, Esq. of the law firm BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with prejudice*.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

2:24-cv-01473-RFB-DJA

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated: 12/18, 2024

**HICKS & BRASIER, PLLC**

/s/ _____
Seth R. Little, Esq.
Nevada Bar No. 10664
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax: (702) 960-4118
seth@littlelawgroup.com
*Attorneys for Plaintiff Alvin Weigel*

Dated: Dec. 18, 2024

**BACKUS | BURDEN**

/s/ _____
Jack P. Burden, Esq.
Lisa Szyc, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
*Attorneys for Defendant Valvoline, Inc.*

### ORDER - 2:24-cv-01473-RFB-DJA

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

September 3, 2025

_____
United States District Court Judge.

Respectfully Submitted,

**BACKUS | BURDE**

By:  /s/ Jack P. Burden
Jack P. Burden, Esq.
Lisa Szyc, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Valvoline, Inc.*

2